## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **JESSE A. REYNOLDS**, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-99-RWS-JBB |
| **TITUS COUNTY, ET AL.**, | § § | |
| Defendants. | § § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order adopting the Report and Recommendations of the Magistrate Judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** for failure to state a claim. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

So ORDERED and SIGNED this 29th day of November, 2023.

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE