

# United States Court of Appeals
## for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Mar 27, 2024**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-40700
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 28, 2024
Lyle W. Cayce
Clerk

_____

Jesse A. Reynolds,

　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff—Appellant*,

versus

Titus County; Titus County Sheriff's Office; Brian Lee, *Titus County Judge, Individually and in Official Capacity*; John Cobern, *Titus County Attorney, Individually and in Official Capacity*,

　　　　　　　　　　　　　　　　　　　　　　　*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:23-CV-99

_____

Before Davis, Ho, and Ramirez, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* Fed. R. App. P. 41(b). The court may shorten or extend the time by order. *See* 5th Cir. R. 41 I.O.P.